

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/31/2014 1:14:55 PM

CATHY S. LUSK
Clerk

December 30, 2014

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:            12-13-00362-CR
       Trial Court Case Number:   007-0695-13

**Style:**  Dennis Ray Pinson
       v.
       The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
       Katrina McClenny, Chief Deputy Clerk

C  Mr. James W. Huggler Jr. (DELIVERED VIA E-MAIL)
C  Mr. Michael J. West (DELIVERED VIA E-MAIL)
:   Dennis Ray Pinson

Mandate executed on __31ST_ day of ____DECEMBER_____, 2014.

Brief explanation of action taken: _____SCANNED_____

_____LINDA RHYMES_____District/County Clerk

1517 WEST FRONT STREET  •  SUITE 354  •  TYLER, TX 75702  •  TEL: 903-593-8471  •  FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us